**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

VANISSA LINTON, et al.,

              **Plaintiffs,**

      **V.**                              **CASE NO. 05-C-448**

MBTI, INC., et al.,

              **Defendants.**

## ORDER

        Pursuant to Title 28, United States Code, Section 455(b)(3), I herewith recuse myself from participation in this case. Accordingly,

        **IT IS ORDERED** that this matter be returned to the Clerk of Court for random reassignment.

        Dated at Milwaukee, Wisconsin, this 2nd day of June, 2005.

                        **BY THE COURT:**

                        s/ Rudolph T. Randa
                        **Hon. Rudolph T. Randa**
                        **Chief Judge**