# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**VANESSA LINTON, et al.,**
       **Plaintiffs,**

    v.                                          Case No. 05C0448

**MBTI INC., et al.,**
       **Defendants.**

## DECISION AND ORDER

Defendants' removed this putative class action filed by plaintiffs to this court on April 18, 2005. The suit presently has fifty-six named plaintiffs. Plaintiffs' attorneys, Robert K. O'Reilly, Sheptim Ademi, Guri Ademi and John D. Blythin, of Ademi & O'Reilly LLP, have filed motions to withdraw as attorneys for several of the named plaintiffs, including Aaron Woods, Christopher Johnson, Erica Struck, Frankie Carrillo, Gayle Martin, Jeffrey Ford, Kevin Miller, Mona Arispe and Vonda Gaye. Plaintiffs' attorneys contend that these plaintiffs have failed to respond to their repeated requests for information and, as a result, they are unable to respond to defendants' discovery requests. The attorneys further assert that they have made diligent efforts to contact plaintiffs on numerous occasions by telephone and through the U.S. mail, and have submitted affidavits in support of their efforts. As the attorneys have shown good cause for withdrawal, I will grant their request.

Further, pursuant to Civil L. R. 41.3, I may dismiss a plaintiff for failing to diligently pursue an action. As such, with this order, plaintiffs are put on notice that the court on its own motion shall dismiss them from the action after twenty days from the date of this order unless within that time plaintiffs take sufficient action to prosecute this case.

Therefore,

**IT IS ORDERED** that plaintiffs' motions to withdraw as attorneys for plaintiffs Aaron Woods, Christopher Johnson, Erica Struck, Frankie Carrillo, Gayle Martin, Jeffrey Ford, Kevin Miller, Mona Arispe, and Vonda Gaye are **GRANTED**.

**IT IS FURTHER ORDERED** that the above mentioned plaintiffs must notify the court or otherwise indicate that they intend to pursue their claims within twenty days from the date of this order or I will dismiss their claims.

Dated at Milwaukee, Wisconsin, this 2 day of October, 2006.

/s_____
LYNN ADELMAN
District Judge